| | | Date: 12/08/09 | | Page: |
|---|---|---|---|---|

# DIVIDENDS REMITTED TO THE COURT

# 14956

Case Number 06-14804 - SIGLEY, JACKIE LYNN NICOLE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **JP Recovery Services**<br>**Attn: Denise Lennert**<br>**20220 Center Ridge Rd., #370**<br>**Rocky River OH 44116** | 000003 | 120.00 | 2.14  #106 |
| ---------- Remittance Total --------------- | | 120.00 | 2.14 |

_____
MARVIN A. SICHERMAN, Trustee

COURT1

Printed: 12/08/09 09:19 AM    Ver: 15.02

06-14804-pmc    Doc 49    FILED 12/14/09    ENTERED 12/14/09 17:20:08    Page 1 of 1